UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIPRIDE SERVICES, LLC, et al., | Case No. 1:21-cv-00969-NONE-EPG |
| Plaintiffs, | |
| v. | ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO STAY |
| TEAMSTERS LOCAL 87, et al., | |
| Defendants. | (ECF No. 18) |

This matter is before the Court on Plaintiffs AmeriPride Services, LLC and Aramark Uniform & Career Apparel, LLC's unopposed motion for extension of time to respond to defendants' motion to stay. (ECF No. 18). Specifically, the motion seeks a seven-day extension, or until September 17, 2021, to file a response to Defendants' motion to stay. (*See* ECF No. 15). Plaintiffs state that an extension is necessary "[b]ased on conflicting obligations and commitments and the intervening Labor Day holiday, and to provide the opportunity to fairly respond to the Unions' motion to stay" and represent that Defendants do not oppose the extension request. (ECF No. 18, p. 2-3).

///

///

///

///

1

1  IT IS ORDERED that Plaintiffs AmeriPride Services, LLC and Aramark Uniform &
2  Career Apparel, LLC's unopposed motion for extension of time to respond to defendants' motion
3  to stay (ECF No. 18) is GRANTED. Plaintiffs shall file a response to the motion to stay no later
4  than September 17, 2021.

IT IS SO ORDERED.

Dated:  **September 10, 2021**              /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE