PETER M. MCENTEE, SBN 252075
BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA  95814-4714
Telephone:    (916) 325-2100
Facsimile:     (916) 325-2120
Email:           pmcentee@beesontayer.com

Attorneys for Defendants
DEFENDANTS TEAMSTERS LOCAL 87, 137, 386 and 431.

# UNITED STATES DISTRICT COURT CALIFORNIA

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| AMERIPRIDE SERVICES, LLC, and ARAMARK UNIFORM & CAREER APPAREL, LLC.<br><br>Plaintiffs,<br><br>v.<br><br>TEAMSTERS LOCALS 87, 137, 386 AND 431,<br><br>Defendants. | Lead Case No.: 1:21-cv-00969-NONE-EPG<br>Member Case No.:  1:21-cv-01102-NONE-EPG<br><br>**STIPULATION AND ORDER FOR THREE-DAY EXTENSION OF TIME TO FILE CROSS MOTIONS FOR SUMMARY JUDGMENT OR MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(ECF No. 27)**<br><br>Courtroom:         10<br>Judge:                 Erica P. Grosjean<br>Complaint Filed:  June 18, 2021<br>Trial Date:           N/A |

Pursuant to Civil Local Rule 144, Defendant Teamsters Locals 87, 137, 386 and 431 ("Defendants") and Plaintiffs Ameripride Services, LLC and Aramark Uniform Services & Career Apparel, LLC ("Plaintiffs"), by and through their respective counsel of record, hereby stipulate to a three-day extension in the deadline for filing initial dispositive motions and supporting briefs (making the deadline December 9 rather than December 6), with no change in the remaining briefing schedule, as follows:

WHEREAS, the Court Ordered the parties to file their respective Cross-Motions for Summary Judgment or Motion for Judgment on the Pleadings no later than December 6, 2021 [DKT. 25];

1  WHEREAS, Teamsters local unions' counsel has been unexpectedly assigned a National Labor Relations Board hearing that commences on November 29th and will continue daily until the hearing concludes (See Declaration of Peter McEntee filed concurrently herewith);

WHEREAS, due to this scheduling conflict, the parties met and conferred and agreed that it would be beneficial for a three-day extension of time to file their respective Cross-Motions in order to facilitate the preparation of a Joint Stipulation of Undisputed Facts and to account for this scheduling conflict;

WHEREAS, the additional time for filing each party's respective Motion will not alter the date of any other event or deadline already fixed by Court, including the parties' filing of their respective Oppositions on January 10, 2022 and Replies on January 24, 2022.  Therefore, this extension will not delay the final submissions of this matter;

WHEREAS, the parties have not previously stipulated to an extension of time to file Cross-Motions; and,

WHEREAS, based on the foregoing and the McEntee Declaration filed concurrently herewith the parties jointly agree and contend there is good cause for a short extension to file their initial Motions.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the Cross-Motions for Summary Judgment or Motions for Judgment on the Pleadings will be due on December 9th, 2021 (rather than the former deadline of December 6, 2021), with no impact on the other deadlines previously set in this matter.

Dated:  November 29, 2021                          BEESON, TAYER & BODINE, APC


By:  _____/S/ Peter M. McEntee_____
         Peter M. McEntee
Attorneys for DEFENDANTS TEAMSTERS LOCAL 87, et al.

| | |
|---|---|
| Dated: November 29, 2021 | MORGAN, LEWIS & BOCKIUS LLP |
| | By:    /S/ Philip A. Miscimarra<br>Philip A. Miscimarra<br>Attorneys for PLAINTIFFS AMERIPRIDE SERVICES, LLC, et al. |

## **ORDER**

Based on the parties' stipulation (ECF No. 27), IT IS ORDERED that the parties shall file their Cross-Motions for Summary Judgment or Motions for Judgment on the Pleadings no later than December 9th, 2021. All other briefing deadlines remain unchanged. (*See* ECF No. 25).

IT IS SO ORDERED.

Dated: **November 30, 2021**       /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

3