UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIPRIDE SERVICES, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TEAMSTERS LOCAL 87, et al.,<br><br>Defendants. | Case No.  1:21-cv-00969-JLT-EPG<br><br>(Member Case No.  1:21-cv-01102-JLT-EPG)<br><br>ORDER REGARDING STIPULATION OF DISMISSAL<br><br>(ECF No. 44) |

On June 30, 2023, the parties submitted a joint stipulation of dismissal with prejudice regarding the following claims: "All claims brought by the Company against Teamsters Locals 137 and 431 in the Lead Case (Case No. 1:21-cv-00969-JLT-EPG)" and "[a]ll claims brought by Teamsters Locals 137 and 431 against the Company in the Member Case (Case No. 1:21-cv-01102-JLT-EPG)." (ECF No. 44, p. 3). Additionally, each party agreed to bear its own costs and fees related to this action.

Accordingly, IT IS ORDERED as follows:

1. The Company's claims against Teamsters Locals 137 and 431 in the Lead Case (Case No. 1:21-cv-00969-JLT-EPG); and Teamsters Locals 137 and 431's claims against the Company in the Member Case (Case No. 1:21-cv-01102-JLT-EPG) are dismissed with prejudice, with each party to bear and pay its own costs and fees related to this action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. Accordingly, the Clerk of Court is directed to terminate only Teamsters Locals 137

and 431 from the docket as parties.

3. This case shall remain pending as to the claims brought by the Company against Teamsters Locals 87 and 386 in the Lead Case (Case No. 1:21-cv-00969-JLT-EPG); and the claims brought by Teamsters Locals 87 and 386 against the Company in the Member Case (Case No. 1:21-cv-01102-JLT-EPG).

IT IS SO ORDERED.

Dated: **July 5, 2023**                    /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE

2